Richard L. Thorsch, Appellant, v. Wilhelmina R. M. Haley, Appellee.

Gen. No. 9,639.

Heard in this court at February term, 1941; opinion filed August 7, 1941. William R. Friedrich and Savage & Holbrook, for appellant; Edward R. Nadelhoffer, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."

Marvin Koester, Appellee, v. George Reber, Appellant.

Gen. No. 9,640.

Heard in this court at February term, 1941; opinion filed August 7, 1941. Harold R. Nettles, for appellant; Harry C. Tear, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."